# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1981
Lower Tribunal No. 99-CF-002383

_____

JOSE RAUL PLASENCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Jose Raul Plasencia, Moore Haven, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED